1

# TICHOT
### V
Portland police department.

In the month of May/2005
I disputed the vaccination for
tetanus against maine medical
center.

My argument was that, the Vaccine
caused me problem, because
it was misguided.

The national standard for
tetanus vaccine is one shot in ten
years.

but the maine medical center,
had given three shot in ten month.

Which resulted in permanent
stomach problem.

I discussed this with maine
medical center, employee, but
we could not reach any
solution.
then I filed a complaint in the
maine state superior court,
against maine medical center.

2

But this case was dimissed because I was not able to appoint an Expert Witness.

as the panel chair of Judge Leah W. Sprague, required me to do so.

Eventhough, I lost the case. Thing Could have gone normal.

But the problem is That While I was proceeding with the Complaint against the Maine Medical Center, I experienced being torture, by the State and the local authorities.

The Maine State police and the Portland police they all involved.

Torture that involve being shock, with an electronic devices, rays, and unknown poisonous chemicals mostly in my Appartment.

Portland police also have a new plan of torture to kill me with, this year.

3

The Police have Contaminated
My running Tap Water. and
denies me access to clean Water
from nearby stores.

The stores in the Lewiston area
Such as Shaw's. Hannaford, and
Walmart. in AuBurn They all
Working with the police to make
it impossible for me to buy
a clean Water.

a.T this point I believe my
Civil rights are being violated.

I am now asking this Court for
an injuctive relief.

a Compensation for
$80,000,000
and a punitive damages for
$200,000,000.
Portland police department
Will be held liable.